IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:15CR321-002 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **JOSE ALBERTO HERNANDEZ ORTIZ,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Modify and Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 155. The Defendant appears to have used a form pleading, seeking a sentence reduction pursuant to Amendment 782 to U.S.S.G. § 2D1.1, which became effective on November 1, 2014, and was applied retroactively to defendants sentenced before that date. U.S. SENTENCING GUIDELINES MANUAL § 2D1.1 (U.S. SENTENCING COMM'N 2014).

The Defendant was sentenced on September 12, 2016, well after the effective date of Amendment 782, and his ten-year sentence reflected the mandatory minium term of incarceration. His Motion is without merit. Accordingly,

IT IS ORDERED:

1.  The Defendant's Motion to Modify and Reduce Sentence, ECF No. 155, is denied; and

3.  The Clerk of Court is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this day of 4th day of January, 2017.

BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge